FILED
CLERK, U.S. DISTRICT COURT

MAY 2 1 2026

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

JULIUS XAVIER HEXON,

Defendant.

Case No.  2:26-MJ-03045-DUTY

ORDER OF DETENTION

[Fed. R. Crim. P. 32.1(a)(6); 18 U.S.C. § 3143(a)(1)]

## I.

On May 21, 2026, Defendant made his initial appearance on the petition for revocation of supervised release and warrant for arrest issued in the District of Oregon. Defendant declined representation from the Federal Public Defender and, after verifying his competency to do so, the Court granted Defendant's request to proceed in pro per. The government was represented by Assistant U.S. Attorney Lloyd Masson.

## II.

Pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a) following Defendant's arrest for alleged violation(s) of the terms of Defendant's ☐ probation / ☒ supervised release,

The Court finds that:

A.    ☒    Defendant has not carried his burden of establishing by clear and convincing evidence that Defendant will appear for further proceedings as required if released [18 U.S.C. § 3142(b-c)]. This finding is based on:

> ☒ allegations in the petition. Defendant declined to interview with Pretrial Services. The Government also proffered evidence that Defendant had scheduled travel to Tijuana, Mexico, and may have been attempting to flee.

B.    ☐    Defendant has not carried his burden of establishing by clear and convincing evidence that Defendant will not endanger the safety of any other person or the community if released [18 U.S.C. § 3142(b-c)]. This finding is based on:

> ☐ allegations in the petition;

2

III

IT IS THEREFORE ORDERED that the defendant is remanded to the custody of the U.S. Marshal pending further proceedings in this matter.

Dated: May 21, 2026

_____/s/_____
MICHAEL B. KAUFMAN
UNITED STATES MAGISTRATE JUDGE